No. 00–5733. DO-NGUYEN v. CLINTON, PRESIDENT OF THE UNITED STATES, ET AL. C. A. 9th Cir. Motion of petitioner for

reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 922] denied.